On the facts found by the previous courts, we find no error of law. The issues are chiefly factual.

DIXON, J., is of the opinion the writ should be granted. There is hardly any factual dispute, and the conclusions reached by the Courts below appear to be erroneous.

262 So.2d 43

**Clarence NEWMAN et ux.**

v.

**The CITY OF BATON ROUGE.**

No. 52472.

May 25, 1972.

On the facts found by the Court of Appeal, there is no error of law in its judgment. The issues are factual.